UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
GARY LEE MATHES

Chapter 13

Debtor

Case No. 2024-21454-BEH-13

## MOTION AND NOTICE OF MOTION TO DISMISS - UNCONFIRMED PLAN

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Rebecca R. Garcia pursuant to 11 U.S.C. 1307(c), does hereby move the Court for an Order dismissing this case for cause, including;

Material delay detrimental to creditors, specifically for the reason that the debtor:

> Unreasonable delay by the Debtor that is prejudicial to Creditors due to Debtor's failure to file requested amendments and file amended plan.
> This proposed plan does not provide for a feasible plan.

Unless an objection (or fee application for a greater amount) is filed on or before the deadline for objecting to this motion to dismiss, the Trustee will pay up to $1,000 of funds on hand (less the pre-petition fees paid directly to the attorney as disclosed on Form B2030) to the Debtor's attorney as an administrative claim before refunding any funds to the Debtor.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, should you have one in this case. (If you do not have an attorney, you may wish to consult one).

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202 WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.**

/s/ Rebecca A. Quiroz  
Staff Attorney  
June 12, 2024

**Rebecca R. Garcia**  
**Chapter 13 Standing Trustee**  
**P O Box 3170**  
**Oshkosh, WI 54903-3170**  
**920.231.2150**  
**Fax 920.231.5713**