UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
GARY LEE MATHES

Chapter 13  
Case No. 2024-21454-BEH-13

Debtor

**NOTICE OF TELEPHONIC HEARING & OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN**

  Now comes the Chapter 13 Standing Trustee, Rebecca R. Garcia, and objects to confirmation of debtor's Chapter 13 Plan filed on August 5, 2024, for the reason that:

The proposed plan does not provide for a feasible plan. The plan overall, may be feasible, however, the plan proposes an equal monthly payment of $146.00 to Blaze Credit Union. The Trustee calculates this amount must be $158.00 monthly to ensure the claim is paid in full by the end of the case. However, the plan also proposes a number of various different payment amounts over time, the lowest being $125.00 and $150.00 monthly. The trustee cannot make a payment to a creditor in an amount greater than the funds she receives. It is also, not clear from the amended plan why so many different "step" payments are being proposed. The trustee suggests that an affidavit from the debtor regarding the reasons for the various increases and decreases in the payments may provide the evidence the trustee, and the Court require.

WHEREFORE, trustee prays for denial of confirmation of debtor's Chapter 13 Plan filed August 5, 2024.

**NOTICE OF TELEPHONE HEARING**

TO:  GARY LEE MATHES         KREKELER LAW SC  
                     Trustee Rebecca R. Garcia

  PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on **August 20, 2024 at 10:30 AM**, to consider the Trustee's Objection to Confirmation of the Modified Plan filed August 5, 2024.

  **To appear by telephone, you must call the court conference line at 1-888-808-6929, and enter access code 9122579 before the scheduled hearing time.** The court may already be in session, so please wait quietly on the telephone for your case to be called. [If represented by an attorney, the debtor is welcome, but not required, to participate in this hearing. If the debtor is not represented by an attorney, the debtor is required to participate in this hearing.]

Rebecca R. Garcia  
Chapter 13 Standing Trustee  
P O Box 3170  
Oshkosh, WI 54903-3170  
920.231.2150  
Fax 920.231.5713

Dated the 12th day of August 2024.

/s/ Rebecca R. Garcia

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  Case No. 2024-21454-BEH-13
GARY LEE MATHES

    Debtor

Chapter 13
**CERTIFICATE OF SERVICE**

STATE OF WISCONSIN    )
    ) SS
WINNEBAGO COUNTY)

    Kristina L. Wilder, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 12th day of August 2024, a copy of the trustee's Objection to Confirmation of Chapter 13 Plan filed August 5, 2024, was mailed in a first class postage paid envelope to the following:

GARY LEE MATHES
1040 RIVER TRAIL CIRCLE APT 11
KIEL, WI 53042

and the following were served electronically

KREKELER LAW SC

    Dated the 12th day of August 2024.
    /s/ Kristina L. Wilder
    Kristina L. Wilder