UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
GARY LEE MATHES

Chapter 13
Case No. 2024-21454-BEH-13

Debtor

**NOTICE OF TELEPHONIC HEARING & OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN**

Now comes the Chapter 13 Standing Trustee, Rebecca R. Garcia, and objects to confirmation of debtor's Chapter 13 Plan filed on September 13, 2024, for the reason that:

The plan provides for fees in excess of the presumed reasonable fee without a fee application. The case was filed prior to May 1, 2024 when the presumed reasonable fee was $4500.00. Per the disclosure documents, counsel received $1000.00 before filing. Counsel now requests an additional $500.00 for an amended plan. Excess compensation for plan amendments is not available under the procedures, only for post-confirmation plan modifications. The trustee objects to the excess $500.00 without a fee application.

WHEREFORE, trustee prays for denial of confirmation of debtor's Chapter 13 Plan filed September 13, 2024.

### NOTICE OF TELEPHONE HEARING

TO:    GARY LEE MATHES            KREKELER LAW SC
                                  Trustee Rebecca R. Garcia

PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on **October 22, 2024 at 10:30 AM**, to consider the Trustee's Objection to Confirmation of the Modified Plan filed September 13, 2024.

**To appear by telephone, you must call the court conference line at 1-669-254-5252, enter meeting ID 160 1876 9746, a**nd **enter access code 914561 before the scheduled hearing time.** The court may already be in session, so please wait quietly on the telephone for your case to be called. [If represented by an attorney, the debtor is welcome, but not required, to participate in this hearing. If the debtor is not represented by an attorney, the debtor is required to participate in this hearing. ]

Dated the 2nd day of October 2024.
/s/ Rebecca R. Garcia
Chapter 13 Trustee

Rebecca R. Garcia
Chapter 13 Standing Trustee
P O Box 3170
Oshkosh, WI 54903-3170
920.231.2150
Fax 920.231.5713
E-mail info@ch13oshkosh.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
GARY LEE MATHES

Case No. 2024-21454-BEH-13

Debtor

Chapter 13  
**CERTIFICATE OF SERVICE**

STATE OF WISCONSIN  )  
                           ) SS  
WINNEBAGO COUNTY)

    Kristina L. Wilder, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 2nd day of October 2024, a copy of the trustee's Objection to Confirmation of Chapter 13 Plan filed September 13, 2024, was mailed in a first class postage paid envelope to the following:

GARY LEE MATHES  
1040 RIVER TRAIL CIRCLE APT 11  
KIEL, WI 53042

and the following were served electronically

KREKELER LAW SC

                                  Dated the 2nd day of October 2024.  
                                          /s/ Kristina L. Wilder  
                                          Kristina L. Wilder